IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02180-PAB-MJW

JIM T. ROGERS,

Plaintiff,

v.

TETRA TECHNOLOGIES, INC., a Texas corporation,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the Joint Motion for Protective Order (docket no. 20) is GRANTED finding good cause shown.  The written Protective Order (docket no. 20-1) is APPROVED as amended in paragraph 14 and made an Order of Court.

Date: October 16, 2014